NUMBER13-05-588-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

 
_________________________________________________________________

 

WILLIE
LEE GARNER,                                                Appellant,

 

                                           v.

 

TEXAS DEPARTMENT OF CRIMINAL JUSTICE - 

CORRECTIONAL INSTITUTIONS DIVISION,                    Appellee.

 __________________________________________________________________

 

                  On appeal from the 156th
District Court

                              of Bee
County, Texas.

 __________________________________________________________________

 

                     MEMORANDUM OPINION

 

      Before Chief Justice Valdez and
Justices Yañez and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, WILLIE
LEE GARNER, perfected an appeal from a judgment entered by the 156th
District Court of Bee County, Texas, in cause number B-04-1369-CV-B.  The clerk=s record was filed on October 24, 2005.  The
reporter=s record was filed on October 12, 2005.  Appellant=s brief was due on November 23, 2005.  To date,
no appellate brief has been received.

When the appellant has
failed to file a brief in the time prescribed, the Court may dismiss the appeal
for want of prosecution, unless the appellant reasonably explains the failure
and the appellee is not significantly injured by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On December
16, 2005, notice was given to all parties that this appeal was subject to
dismissal pursuant to Tex. R. App. P. 38.8(a)(1).  Appellant was given ten days to explain why
the cause should not be dismissed for failure to file a brief.  To date, no response has been received.

The Court, having
examined and fully considered the documents on file, appellant=s failure to file a
proper appellate brief, this Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

Memorandum Opinion delivered and filed

this the 26th day of January, 2006.